JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDAL SCOTT OAKLEY, an individual and on behalf of the general public,<br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARK ANDREW OSUNA, an individual; RAYMOND JOON LEE, an individual; and ZWICKER AND ASSOCIATES P.C., a Massachusetts corporation;,<br>　　　　Defendants. | Case No. SACV 10-00706 JVS MLGx<br><br>Assigned to the Hon. James V. Selna<br><br>**ORDER DISMISSING CASE**<br><br>Complaint Filed: April 22, 2010 |

Upon the stipulation of Plaintiff and Defendants Raymond Joon Lee and Zwicker & Associates, P.C. the above-entitled and numbered action is hereby dismissed with prejudice as to Defendants Raymond Joon Lee and Zwicker & Associates, P.C. and without prejudice as to Mark Andrew Osuna.

The parties shall bear their own costs and fees. All other relief is denued.

This is a final judgment, and the Clerk is directed to close the file.

Signed this 15 day of August, 2011.

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT JUDGE